**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 17, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00917-CV

———————

**ANGELINA TRUONG, INDIVIDUALLY AND A/N/F OF SOPHIA TO, A MINOR CHILD, Appellant**

**V.**

**BEBE STORES, INC. BOTH INDIVIDUALLY AND D/B/A BEBE SPORT #504 AT THE GALLERIA, Appellee**

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2010-07650**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 19, 2011. On April 10, 2012, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Christopher, and McCally.